UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMAHL KING,

                Plaintiff,

v.

VILLAGE OF GENESEO, GENESEO POLICE
DEPARTMENT, AND GENESEO
DEPARTMENT OFFICER TRAVIS LANA, and
OFFICERS JOHN AND JANE DOE,

                Defendants.

SCHEDULING ORDER

23-CV-6528-EAW-MJP

---

Pursuant to the order of the Hon. Elizabeth A. Wolford referring the above case to the undersigned for pretrial procedures and the entry of a scheduling order as provided in Fed. R. Civ. P. Rule 16(b) and Local Rule 16, and a conference having been held on December 12, 2023, with counsel relative to the matter, the Court ORDERS:

1. This case has been referred automatically to the Court's Alternative Dispute Resolution ("ADR") program. The ADR Plan and related forms and information are available at www.nywd.uscourts.gov and the Court Clerk's Office.

    a. The parties meet, confer, and select a mediator by **January 9, 2024**. Should the parties fail to select a mediator by that date, they shall notify the Court and the Court will appoint a mediator.

    b. Any motions to opt out of mediation shall be made on or before **January 5, 2024**.

    c. The initial mediation session shall be held no later than **March 5, 2024**.

    d. If settlement is not reached, the case will progress toward trial, as scheduled below.

    e. The referral of this case to mediation will not delay or defer other dates contained in this Scheduling Order and has no effect on the progress of the case toward trial.

2. Mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure, as well as any objections to the mandatory disclosure requirements, were completed by **February 1, 2024**.

3. All motions to join other parties and to amend the pleadings shall be filed on or before **February 28, 2024**.

4. All factual discovery in this case shall be completed on or before **August 30, 2024**. All motions to compel discovery shall be filed by **July 30, 2024**.

5. Plaintiffs shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **September 30, 2024**. Defendants shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **November 1, 2024**. All parties shall complete all discovery relating to experts, including depositions, by **December 2, 2024**.

6. Dispositive motions, if any, shall be filed no later than **January 21, 2025**. Unless a consent to proceed before this Court is filed, such motions shall be made returnable before Judge Wolford.

7. Requests to extend the above cut-off dates may be granted upon written application, made prior to the cutoff date, and showing good cause for the extension. Application for extensions should be made to the Magistrate Judge. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

8. The Court requires that should any discovery dispute arise between the parties that a letter be sent to the Court detailing the dispute prior to any motion practice.

SO ORDERED.

DATED:   December 20, 2023
         Rochester, New York

*/s/ Mark W. Pedersen*
MARK W. PEDERSEN
United States Magistrate Judge