UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAMAL KING,

                          Plaintiff,

v.                                                    Civ. No.: 6:23-cv-06528

VILLAGE OF GENESEO,
GENESEO POLICE DEPARTMENT,
And GENESEO POLICE DEPARTMENT
OFFICER TRAVIS LANA, and
OFFICERS JOHN and JANE DOE,

                          Defendants.

## NOTICE OF MOTION

| | |
|---|---|
| **Nature of Action:** | Civil Rights. |
| **Moving Party:** | Village of Geneseo, Geneseo Police Department, Geneseo Police Department Officer Travis Lana ("Village Defendants"). |
| **Directed To:** | Plaintiff. |
| **Date and Time:** | To be determined by the Court. |
| **Place:** | United States Courthouse, 100 State Street, Rochester, New York. |
| **Supporting Papers:** | Declaration of Shannon B. Vandermeer dated April 17, 2024 (with exhibits) and Memorandum of Law dated April 17, 2024. |
| **Answering Papers:** | If any, are due 14 days after service of this motion pursuant to Local Rule 7(b)(2)(B), unless the Court issues an order setting deadlines pursuant to Local Rule 7(b)(1). |
| **Reply Papers:** | Moving Defendants intend to file and serve reply papers. |
| **Relief Requested:** | An Order dismissing Plaintiff's Complaint in its entirety as to the Village Defendants, with prejudice, and for |

such other and further relief as deemed appropriate by the Court.

**Grounds for Relief Requested:** F.R.C.P. Rule 12(b)(c).

**Oral Argument:** If deemed necessary by the Court.

Dated: April 17, 2024

                WEBSTER SZANYI LLP
                *Attorneys for Defendants*

By: *s/ Shannon B. Vandermeer*
     Shannon B. Vandermeer, Esq.
424 Main Street, Suite 1400
Buffalo, New York 14202
(716) 842-2800
svandermeer@websterszanyi.com

TO: **LAW OFFICE OF MARK A. YOUNG**
Mark A. Young, Esq.
 Attorneys for Claimant
45 Exchange Boulevard
Times Square Building
Rochester, New York 14614
(585) 232-4240
mark@markyounglaw.com