# EXHIBIT A

# EXHIBIT A

RECEIVED

NOV - 8 2022

Village of Geneseo

JAMAL KING,

                              Claimant/Plaintiff,          **VERIFIED NOTICE
                                                            OF CLAIM**

        vs.

LIVINGSTON COUNTY,
VILLAGE OF GENESEO, AND
GENESEO POLICE DEPARTMENT

                              Defendants.

To:     Andrea K. Bailey                      Chief of Police
        Livingston County Clerk               Geneseo Village Police Dept.
        119 Main Street                       119 Main Stree
        Livingston County Government Center    Geneseo, New York 14454
        6 Court St.
        Room 201
        Geneseo, NY 14454

        ✓Paul Harvey
        Village of Geneseo Clerk
        119 Main Street
        Geneseo, New York 14454

        The Claimant/Plaintiff, Jamal King, as and for his Claim against the Defendants,

LIVINGSTON COUNTY, VILLAGE OF GENESEO AND GENESEO POLICE

DEPARTMENT, alleges as follows:

        1.      At all times relevant hereto, the Plaintiff resides at 142 Canton Street,

Rochester, NY 14606.

        2.      On or about May 1, 2022 the claimant Jamal King was placed under arrest

at his place of employment and in front of several onlookers by members of the Geneseo

Police Department.   He was promptly fired from his job and New York State out a hold

on his security license.

        3.      On August 31, 2022 the matter against Mr. King was presented to the

Livingston County Grand Jury and a finding of dismissal was entered.

        4.      As a direct result of his arrest, Mr. King was caused to endure the loss of

AW OFFICE OF
ARK A. YOUNG
orney & Counselor
at Law

45 Exchange
oulevard, Times
Square Building,
Suite 802
hester, NY  14614
(585) 232-4240

Y:\CRIMINAL\KING,JAMAL\NOTICE OF CLAIM2.DOCX

his freedom, loss of his employment, loss of income, loss of his Security License and extreme public embarrassment by his wrongful arrest and imprisonment.

5.      The action is based upon the negligence, carelessness, and recklessness of the Geneseo Police Department and its Officers and its employees for their failure to properly investigate the crimes alleged in the Complaint against Claimant.

6.      Said injuries to Claimant are permanent in nature and caused Claimant pecuniary loss and permanent damage to his reputation.

7.      As a direct and proximate result of the intentional and careless negligence of the GENESEO POLICE DEPARTMENT, VILLAGE OF GENESEO AND THE COUNTY OF LIVINGSTON, Claimant Jamal King sustained pecuniary loss and permanent damage to his reputation.

Dated: October 10, 2022

JAMAL KING

AW OFFICE OF
ARK A. YOUNG
rney & Counselor
at Law

45 Exchange
oulevard, Times
quare Building,
Suite 802
hester, NY   14614
(585) 232-4240

Y:\CRIMINAL\KING,JAMAL\NOTICE OF CLAIM2.DOCX

## VERIFICATION

STATE OF NEW YORK)
COUNTY OF MONROE )  ss:

      Jamal King deposes and says that deponent is the Plaintiff in the within matter. Deponent has read the within Notice of Claim and knows the contents thereof to be true to the best of deponent's knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true.

_____
JAMAL KING

Sworn to before me this
__10__ day of October ,2022

_____
Notary Public

MARK A. YOUNG
Notary Public, State of New York
Qualified in Monroe County
Reg. No. 02YO6100278
Commission Expires _10-14-2023_

AW OFFICE OF
ARK A. YOUNG
rney & Counselor
at Law

45 Exchange
oulevard, Times
quare Building,
Suite 802
hester, NY  14614
585) 232-4240

Y:\CRIMINAL\KING,JAMAL\NOTICE OF CLAIM2.DOCX

3