# EXHIBIT B

# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAMAHL KING,

          Plaintiff,                                    **COMPLAINT**
          -vs.-                                        6-23-CV-06528

VILLAGE OF GENESEO,
GENESEO POLICE DEPARTMENT,
AND GENESEO POLICE DEPARTMENT
OFFICER TRAVIS LANA, and
OFFICERS JOHN AND JANE DOE.

          Defendants.

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
COUNTY OF __Livingston__:

I, __Scott A. Parker__, being duly sworn, deposes and says:

That on __September 20__ 20 __23__, at __119 Main St.__, Town of __Geneseo__, State of New York, deponent served: __Complaint 6-23-CV-26528__ on __Village of Geneseo__
                                                                                                    [name of person served]

at __9:00__ a.m.
  [time]

by:
1. **INDIVIDUAL**

    ☐ (a) Delivering a true copy thereof to _____ personally. Deponent knew the person so served to be the person described in said document(s).

    ☑ (b) Delivering a true copy to __Lauraine Montemarano__ a person of suitable age and discretion at person's actual place of business, dwelling place, or usual place of abode.

        Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at __ _____

        and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

    ☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of abode. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion having called there:
        On _____ 20 ____, at _____
        On _____ 20 ____, at _____
        On _____ 20 ____, at _____

    Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at _____ _____ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:** Serving the above on _____ Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy thereof with _____ _____ and officer of said corporation or other agent authorized to receive service for said corporation.

**DESCRIPTION:** Deponent describes the individual served as follows:
    Sex: __Female__, Hair: __Brown__,
    Skin: __Fair__, Approx. Age: __43__,
    Approx. Ht: __5'8__, Approx. Wt.: __175 lbs.__

Signature: _Scott Parker_ (signed)

Sworn to before me this __20th__ day of __September__, 20 __23__

Notary Public __Mark A. Young__ (signed)

MARK A. YOUNG
Notary Public, State of New York
Qualified in Monroe County
Reg. No. 02YO6100278
Commission Expires __10-14-2023__