# EXHIBIT D

# EXHIBIT D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAMAHL KING,

          Plaintiff,                                    **COMPLAINT**
                 -vs.-                                  6-23-CV-06528

VILLAGE OF GENESEO,
GENESEO POLICE DEPARTMENT,
AND GENESEO POLICE DEPARTMENT
OFFICER TRAVIS LANA, and
OFFICERS JOHN AND JANE DOE.

          Defendants.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
COUNTY OF __Livingston__ :

I, ___Scott A. Parker___, being duly sworn, deposes and says:

That on _September 20_ 20 _23_, at _119 Main St._, Town of _Geneseo_,

State of New York, deponent served: _Complaint 6-23-CV-26528_ on _Officer Travis Lana_
                                                                                          [name of person served]

at _9:14_ a.m.
  [time]

by:
1. **INDIVIDUAL**

    ☐  (a)  Delivering a true copy thereof to _____
                 personally. Deponent knew the person so served to be the person described in said document(s).

    ☑  (b)  Delivering a true copy to _Officer Goulet Badge # 507_
                 a person of suitable age and discretion at person's actual place of business, dwelling place, or usual place of abode.

                 Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at __

                 and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

    ☐  (c)  Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of abode. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion having called there:
                 On _____ 20 ____, at ____
                 On _____ 20 ____, at ____
                 On _____ 20 ____, at ____

        Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at _____ _____ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:** Serving the above on _____ Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy thereof with _____ _____ and officer of said corporation or other agent authorized to receive service for said corporation.

    **DESCRIPTION:** Deponent describes the individual served as follows:
        Sex: _Male_, Hair: _Brown/ grey_,
        Skin: _Fair_, Approx. Age: _52_,
        Approx. Ht: _6'2_, Approx. Wt.: _220 lbs._

Signature: _Scott A Parker_

Sworn to before me this _20th_ day of _September_, 20 _23_

Notary Public _Mark A Young_

                                                  MARK A. YOUNG
                                      Notary Public, State of New York
                                      Qualified in Monroe County
                                      Reg. No. 02YO6100278
                                      Commission Expires _10-14-2023_