# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

JAMAHL KING

Plaintiff(s),

v.

VILLAGE OF GENESEO, et al.

Defendant(s).

*MEDIATION CERTIFICATION*

__23__ - cv - __06528__

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on _____.

☐ *Case has settled.* (Comment if necessary).

☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

☐ *Case has settled in part.* (Comment below). Mediation is complete.

☑ *Case has not settled.* Mediation will continue on _____05/17/2024_____.

☐ *Case has not settled.*

*Date:* 04/30/2024

*Mediator:* /S/ Steven V. Modica

*Additional Comments:*
_____
_____
_____

Print    Clear Form